UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                                6:12-cr-241-Orl-36TBS

ANA OROSA PARADA
_____

### ORDER

This case is before the Court without a hearing on Defendant's Unopposed Motion to Set Date Certain for Voluntarily Reporting to Bureau of Prisons (Doc. 284).

Defendant Ana Orosa Parada's arrest in this case was effected on October 23, 2012 at which time, she was granted bail (Doc. 37). The case went to trial and on May 23, 2013, a jury returned a verdict finding Defendant guilty of conspiracy to defraud the United States by obtaining or aiding to obtain the payment or allowance of false, fictitious, or fraudulent claims in violation of 18 U.S.C. § 286 (Doc. 138). At the conclusion of the trial, Defendant was not remanded (Doc. 207 at 56-57).

On March 6, 2014, the Court sentenced Defendant to 16 months in prison and ordered that she surrender at the institution designated by the Bureau of Prisons ("BOP") before 2:00 p.m. on June 6, 2014 (Doc. 236). The Court also recommended to BOP that Defendant be placed in a facility in the state of Florida to be near her family (Id.).

Defendant appealed and sought leave of Court to remain on bail during the pendency of her appeal (Doc. 264). The Court held a hearing on the motion and found that Defendant did not pose a risk of flight or a danger to the safety of any person or the community (Doc. 273 at 11-13). But, the Court concluded that Defendant's appeal did not

1

raise a substantial question of law or fact likely to result in reversal and therefore, that the motion must be denied (Id., 13-15).  Defendant sought review by the Eleventh Circuit which granted her continued release pending appeal (Doc. 284 at 3).  On May 6, 2015, the Eleventh Circuit affirmed Defendant's conviction (Doc. 283).

Now, Defendant is asking the Court to set July 8, 2015 as the date she must report to BOP and that the Court recommend she be allowed to surrender at a BOP institution in Florida (Doc. 284).  The Government does not oppose the motion, and no information has been brought to the Court's attention which suggests that Defendant has become a flight risk or a risk to other persons or the community.

Accordingly, Defendant's motion to designate July 8, 2015 as the date certain for her report to BOP is **GRANTED**.  No later than 2:00 p.m. on July 8, 2015, Defendant shall report as instructed by the United States Marshal Service or BOP to the facility designated for her by BOP.

Defendant's motion requesting the Court to recommend the place for voluntary surrender be at a BOP institution in Florida is **DENIED as moot**.  The Court has already recommended to BOP that Defendant be placed in a facility in the state of Florida to be near her family (Doc. 236).

**DONE** and **ORDERED** in Orlando, Florida, on May 13, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

All Counsel
Pretrial Services

        United States Marshal Service
        Defendant